UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCEL WALKER,<br><br>                      Plaintiff,<br><br>                      -v.-<br><br>EVERETT L. JAMES and M&S TRANSPORT INC.,<br><br>                      Defendants. | 23 Civ. 7895 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Plaintiff's motion to remand and accompanying papers, filed on October 4, 2023. (Dkt. #5-7). Further briefing shall proceed as follows:

- Defendants shall file their opposition, not to exceed 25 pages, on or before **November 6, 2023**.

- Plaintiff may file a reply, not to exceed ten pages, on or before **November 20, 2023**.

      SO ORDERED.

Dated:   October 5, 2023
              New York, New York

                                                            KATHERINE POLK FAILLA
                                                            United States District Judge